IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOLLATINE E. RINDERER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil No.  14-cv-828-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act. **(Doc. 34).**

Plaintiff has moved for an award in the amount of $4,570.20 for attorney's fees and expenses. Defendant indicated she does not intend to file a response to this motion.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the amount is reasonable and appropriate.

Defendant's Motion **(Doc. 34)** is **GRANTED**. The Court awards plaintiff Dollatine Rinderer the sum of **$4,570.20** for attorney's fees and expenses pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).  However, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the

EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE: October 26, 2015.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
